IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DANIEL CHRISTIAN CHASE MILLER,

    Plaintiff,

v.

GLYNN COUNTY SHERIFF
DEPARTMENT; GLYNN COUNTY
DETENTION CENTER; DR. JEFFERY
GUNDERSON; Col. CARL FUTCH;
Sgt. CEDRIC FRAZIER; and
Officer GRAY,

    Defendants.

CIVIL ACTION NO.: CV213-091

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Glynn County Detention Center, the Glynn County Sheriff's Department, and Col. Carl Futch are **DISMISSED**.

**SO ORDERED**, this 23 day of October, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)