**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| DANIEL CHRISTIAN CHASE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>GLYNN COUNTY SHERIFF DEPARTMENT; GLYNN COUNTY DETENTION CENTER; DR. JEFFERY GUNDERSON; Col. CARL FUTCH; Sgt. CEDRIC FRAZIER; and Officer GRAY,<br><br>Defendants. | : | CIVIL ACTION NO.: CV213-091 |

**ORDER**

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Glynn County Detention Center, the Glynn County Sheriff's Department, and Col. Carl Futch are **DISMISSED**.

**SO ORDERED**, this 23 day of October, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)